IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE SCHOOL OF THE OZARKS, INC. d/b/a COLLEGE OF THE OZARKS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 6:12-cv-03428-BCW |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF DISMISSAL

The School of the Ozarks, Inc. d/b/a College of the Ozarks, by and through its attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses its Complaint without prejudice to the re-filing thereof.

HUSCH BLACKWELL LLP

/s/ Virginia L. Fry
Virginia L. Fry            Mo. Bar No. 28895
Ginger K. Gooch         Mo. Bar No. 50302
Derek A. Ankrom       Mo. Bar No. 63689
901 E. St. Louis Street, Ste. 1800
Springfield, Missouri 65806
Telephone: (417) 268-4000
Facsimile: (417) 268-4040
virginia.fry@huschblackwell.com
ginger.gooch@huschblackwell.com
derek.ankrom@huschblackwell.com
*Attorneys for Plaintiff The School of the Ozarks, Inc. d/b/a College of the Ozarks*